United States District Court
Southern District of Texas
**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SARAH CALLIE MCLEMORE, on behalf of herself and others similarly situated, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-22-1343 |
| § § § | |
| SAMBUCA HOUSTON, L.P., § § | |
| Defendant. § | |

# ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No.14 ), this action is dismissed with prejudice.

SIGNED on August 23, 2022, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge